JAMES R. OLSON, ESQ.
Nevada Bar No. 000116
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
OLSON, CANNON, GORMLEY,
ANGULO & STOBERSKI
9950 West Cheyenne Avenue
Las Vegas, NV 89129
(702) 384-4012
FAX: (702) 383-0701
jolson@ocgas.com
tdillard@ocgas.com

Attorneys for Defendants/Counter-Claimants
TUSKER TRAIL & SAFARI CO.
and EDWARD W. FRANK

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \*

| | |
|---|---|
| JENNIFER YIK CHING MAO, IAN McDOUGALL,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>TUSKER TRAIL & SAFARI CO.;<br>EDWARD W. FRANK,<br><br>　　　　Defendants.<br><br>TUSKER TRAIL & SAFARI CO.;<br>EDWARD W. FRANK,<br><br>　　　　Counter-Claimants,<br><br>vs.<br><br>JENNIFER YIK CHING MAO, IAN McDOUGALL,<br><br>　　　　Counter-Defendants | CASE NO. 2:12-cv-01703-JAD-CWH |

### STIPULATION AND ORDER TO DISMISS WITH PREJUDICE

Plaintiffs Jennifer Yik Ching Mao and Ian Mcdougall ("Plaintiffs/Counter-Defendants") and Defendants Tusker Trail & Safari Co. and Edward W. Frank ("Defendants/Counter-

Claimants") (collectively the "Parties"), each acting by and through their undersigned counsel, hereby Stipulate and Agree pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii) that all claims and causes of action asserted by Plaintiffs against Defendants Tusker Trail & Safari Co. and Edward W. Frank, as set forth in the Plaintiffs' Complaint as well as all claims and causes of action asserted by Defendants in their Counter-Claim, shall be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 28 day of February, 2014.

| OLSON, CANNON, GORMLEY ANGULO & STOBERSKI | BARRON & PRUITT |
|---|---|
| /s/ T.D. Dillard | /s/ Chelsea Pyasetskyy |
| THOMAS D. DILLARD, JR., ESQ. | CHELSEA PYASETSKYY, ESQ. |
| 9950 West Cheyenne Avenue | 3890 West Ann Road |
| Las Vegas, Nevada 89129 | North Las Vegas, V 89031 |
| Attorney for Defendants/Counter-Claimants | Attorneys for Plaintiffs/Counter-Defendants |

## ORDER

Based upon the stipulation of the parties and good cause appearing,

**IT IS HEREBY ORDERED** that this case is dismissed with prejudice, each side to bear its own fees and costs.

_____
UNITED STATES DISTRICT JUDGE
Dated: March 3, 2014.