UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

JENNIFER YIK CHING MAO, et al

      Plaintiff,

vs.

TUSKER TRAIL & SAFARI CO, et al

      Defendants.

2:12-cv-01703 JAD-CWH

MINUTES OF THE COURT

DATED April 11, 2016

PRESENT
THE HONORABLE JENNIFER A. DORSEY, UNITED STATES JUDGE

DEPUTY CLERK: EILEEN WOOD      RECORDER: NONE APPEARING

COUNSEL FOR PLAINTIFF (S): NONE APPEARING

COUNSEL FOR DEFENDANT (S): NONE APPEARING

MINUTE ORDER IN CHAMBERS:

The Order on Stipulation of Dismissal (#29) was entered in this case on March 3, 2014. Good cause appearing,

IT IS ORDERED that the Cash Deposit by Plaintiffs (#14), posted in the amount of $1,000.00, receipt #NVLAS18172 filed April 5, 2013, is hereby exonerated and the Clerk of Court is hereby directed to release said funds to the rightful owner.

APPROVED: _____[signature]_____
                UNITED STATES DISTRICT JUDGE

DATED: April 12, 2016